37479

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-576RHK(SRN) Case Title: Fallon McElligott Inc. v. OmniSky Corp.

**Affidavit of Movant**

I, Peter Carter, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Charles von Simson, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( X ) plaintiff ( ) defendant Fallon McElligott Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 227985 4/4/2001
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Charles von Simson, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Charles von Simson [signature] 4/4/2001
Type/Print Name Signature Date

Attorney License Number: N/A

Law Firm Name & Address: Hall Dickler Kent Goldstein & Wood LLP; 909 Third Avenue; New York, NY 10022-4731

Telephone: (212) 339-5400

Motion Granted: [signature: Francis E. Dosal] APR 10 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED APR 10 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

HDKNY 117285 v 2