**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

FALLON MCELLIGOTT, INC.,

Plaintiff,

v.

OMNISKY CORPORATION,

Defendant.

**Case No.: 01-57RHK/SRN**

**STIPULATION AND ORDER**

WHEREAS Fallon McElligott, Inc. ("Fallon") filed a Complaint seeking, among other remedies, to enjoin OmniSky Corporation ("OmniSky") from using, in any manner, certain identified works as to which Fallon asserts rights under the federal copyright laws and certain claimed intellectual property created by Fallon;

WHEREAS Fallon has scheduled with the Court a conference call to discuss scheduling of a motion for preliminary injunction; and

WHEREAS counsel for OmniSky has represented to counsel for Fallon that OmniSky has no intention to use the works or claimed intellectual property that was to be the subject of any injunction;

IT IS HEREBY STIPULATED THAT:

1. OmniSky will not use, in any manner, the works as to which Fallon asserts rights under the federal copyright laws and/or the claimed intellectual property identified by Fallon in the Complaint; and

2. This stipulation shall not constitute an admission by OmniSky of (i) any liability to Fallon; (ii) the merit of any claim asserted by Fallon; or (iii) the truth of any allegation in the

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Complaint, nor shall it constitute a waiver of (i) any defenses to the claims asserted in the Complaint or (ii) any counterclaims that OmniSky may have against Fallon; and

3. Fallon will not seek a preliminary injunction so long as OmniSky is in compliance with the terms of this Stipulation and Order; and

4. The agreement reflected in this Stipulation and Order will survive the conclusion of this lawsuit, unless it is modified by further stipulation of the parties or order of the Court or is otherwise inconsistent with the Final Judgment in this lawsuit.

Dated: April 6, 2001

DORSEY & WHITNEY LLP

By ______________________
Peter W. Carter (#227985)
Pillsbury Center South
200 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
(612)340-2600

and

HALL DICKLER KENT GOLDSTEIN & WOOD LLP

James E. Daniels
909 Third Avenue
27th Floor
New York, New York 10021
(212) 339-5400

*Attorneys for Plaintiff Fallon McElligott, Inc.*

MASLON EDELMAN BORMAN & BRAND, LLP

By______________________
David F. Herr (#44441)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8350

and

SULLIVAN & CROMWELL

Michael Lacovara
1870 Embarcadero Road
Palo Alto, California 94303-3308
(650) 461-5600

*Attorneys for Defendant OmniSky Corporation*

SO ORDERED:

4/16/01 ______________________
Judge Richard H. Kyle