137524

# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 01-57 RHK/SRN

01-576 RHK

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, David F. Herr, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this court admit pro hac vice Michael Lacovara, an attorney admitted to practice in the NORTHERN District of CALIFORNIA, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Omnisky Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s), and that I accept service of all papers served.

13 April 2001 (Date) — [signature] (Signature)

Minnesota Attorney License Number: 44441

Law Firm: Maslon Edelman Borman & Brand, LLP
Suite/Bldg: 3300 Wells Fargo Center
Street Address: 90 South Seventh Street
City State Zip: Minneapolis, MN 55402-4140
Telephone: (612) 672-8350

### Affidavit of Proposed Admittee

I, Michael Lacovara, am currently a member in good standing of the U. S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-57 RHK/SRN Judge Assigned: Richard H. Kyle
Case Title: Fallon McElligott, Inc. v. Omnisky Corporation

4/12/01 (Date) — Michael Lacovara (Type/Print Name) — x [signature] (Signature)

578 80 9820 (Social Security No.) — 209279 (Atty. License No.) — 12/00 (CA) 6/90 (N.Y.) (Date of Admission)

Law Firm: Sullivan & Cromwell
Suite/Bldg:
Street Address: 1870 Embarcadero Road
City State Zip: Palo Alto, CA 94303-3308
Telephone: (650) 461-5630

Motion Granted: [signature] APR 18 2001
For the Court, Francis E. Dosal, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

(X) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert Street, St. Paul, MN. 55101

( ) FOURTH DIVISION 300 S. 4th St., #202 Minneapolis, MN 55415

( ) FIFTH DIVISION 417 U. S. Courthouse 515 W. 1st Street Duluth, MN. 55802

B:\ATTORNEY\PHVPRIV.F

(6)

FILED APR 18 2001 FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM